# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **EDDIE OLIVER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. _____ |
| v. | ) | |
| | ) | **JURY DEMAND** |
| **HCA HEALTH SERVICES OF** | ) | |
| **TENNESSEE, INC., d/b/a** | ) | |
| **TRISTAR SUMMIT MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF JOHN SPRAGENS
DEMONSTRATING PLAINTIFF'S COMPLAINCE WITH
TENN. CODE ANN. § 29-26-121(A)(3)(B)**

1. My name is John Spragens. I am an adult citizen, over the age of 18 years, and am competent to make the statements contained in this Declaration.

2. On December 19, 2022, written notice of a potential healthcare liability action (attached as **Exhibit 1-A**) was mailed, including a list of the names and addresses of all other providers who were then being sent a notice, as well as HIPAA-compliant medical authorizations permitting all listed providers to obtain complete medical records from one another, by certified mail, return receipt requested (see **Exhibit 1-B**) via the U.S. Postal Service, to TriStar Summit Medical Center and related physicians at:

Attn: Daphne David, CEO
5655 Frist Boulevard
Hermitage, TN 37076

1 Park Plaza
Nashville, TN 37203-6527

Legal Dept.
P.O. Box 750
Nashville, TN 37202-0750

CT Corporation System
300 Montvue Rd.
Knoxville, TN 37919-5546

1

I declare under penalty of perjury under the laws of Tennessee that the foregoing is true and correct.

Dated: April 18, 2023

JOHN SPRAGENS